UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARTINE P. GOODEN,

    Plaintiff,

v.

                    Case No. 2:10–cv–116
                    Judge Michael H. Watson
                    Magistrate Judge E.A. Preston Deavers

GORDON MCDANILES, *et al.*,

    Defendants.

## ORDER

    This matter is before the Court for consideration of the October 12, 2010 Report and Recommendation of the United States Magistrate Judge (ECF No. 15).  The Magistrate Judge considered Plaintiff Gooden's Motion for Entry of Default Judgment and for Leave to File an Amended Complaint (ECF No. 10).  The Magistrate Judge's Order and Report and Recommendation (ECF No. 15) ordered that Plaintiff's Motion to Amend be denied without prejudice (*id.* at 3), and, recommended that his Motion for Default Judgment be denied (*id.* at 2).

    The Report and Recommendation of the Magistrate Judge specifically advises the parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (Order and Report and Recommendation, ECF No. 15 at 3).  The time period for filing objections to the Report and Recommendation has expired.  Plaintiff has not objected to the Report

and Recommendation.

The Court has reviewed the Report and Recommendation of the Magistrate Judge, to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge (ECF No. 15). Plaintiff's Motion for Default Judgment (ECF No. 10) is **DENIED**.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**